MARCUS J. LEE, ESQ. (Nevada Bar No. 15769)
E: MLee@ohaganmeyer.com
INKU NAM , ESQ.(Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2801

*Attorneys for Defendant*
*CLARITY SERVICES, INC.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

Jannelle Burnett,

Plaintiff,

v.

Equifax Information Services, LLC; Clarity Services, Inc.; I.Q. Data International, Inc.; Cash 1, LLC and LoanMax Title Loans, LLC,

Defendants.

Case No. 2:26-cv-02449-CDS-NJK

**CONSENT MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT CLARITY SERVICES, INC. TO RESPOND TO COMPLAINT**

**[FIRST REQUEST]**

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Defendant CLARITY SERVICES, INC. ("Clarity") files this motion to extend Clarity's deadline to file its response to Plaintiff's Complaint (ECF No. 1) through Wednesday, October 14, 2026.

/ / /

/ / /

/ / /

/ / /

This extension request is made in good faith and not for purposes of delay. Counsel for Clarity has been in contact with Plaintiff who has consented to the requested extension. Plaintiff will not be prejudiced by this extension, as the purpose of this first request for the extension is to allow Clarity the opportunity to fully analyze the claims against it and to give the parties the opportunity to continue good faith efforts to settle this case.

Dated this 11th day of September, 2026

*/s/Inku Nam*
MARCUS J. LEE, ESQ. Nevada Bar No. 15769
INKU NAM, ESQ. Nevada Bar No. 12050
O'HAGAN MEYER PLLC
Nevada Bar No. 12050
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Clarity Services, Inc.*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: September 14, 2026